**CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER**

FILED
HARRISBURG, PA
MAR 20 2024
PER ______
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Edwin F. Vargas 109215
**Full Name of Plaintiff** **Inmate Number**

v.

**Civil No.** ______________
(to be filled in by the Clerk's Office)

Lionel Pierre
**Name of Defendant 1**

( ) Demand for Jury Trial
( ) No Jury Trial Demand

Roger Lucas
**Name of Defendant 2**

Latonya Ray
**Name of Defendant 3**

Jill Caffaro
**Name of Defendant 4**

Luis Rodriguez
**Name of Defendant 5**

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

## I. NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

- [X] Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)
- [ ] Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)
- [ ] Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

Defendant 2:
Lucas, Roger
Name (Last, First)
Custody Major
Current Job Title
501 mall Rd
Current Work Address
Harrisburg, Dauphin, Pennsylvania, 17111
City, County, State, Zip Code

Defendant 3:
Cuffaro, Jill
Name (Last, First)
Director of Unit management
Current Job Title
501 mall Rd
Current Work Address
Harrisburg, Dauphin, Pennsylvania, 1711
City, County, State, Zip Code

Defendant 4:
Ray, Latonya
Name (Last, First)
Deputy warden of Treatment
Current Job Title
501 mall Rd
Current Work Address
Harrisburg, Dauphin, Pennsylvania, 17111
City, County, State, Zip Code

Defendant 5:
Rodriguez, Luis
Name (Last, First)
Correctional Officer
Current Job Title
501 mall Rd
Current Work Address
Harrisburg, Dauphin, Pennsylvania, 17111
City, County, State, Zip Code

## II. ADDRESSES AND INFORMATION

### A. PLAINTIFF

Edwin.F.Vargas
Name (Last, First, MI)

109215
Inmate Number

Dauphin County Prison
Place of Confinement

501 mall, Rd
Address

Harrisburg, Dauphin, Pennsylvania, 17111
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

- [X] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner

### B. DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Pierre, Lionel
Name (Last, First)

Deputy warden
Current Job Title

501 mall Rd
Current Work Address

Harrisburg, Dauphin, Pennsylvania, 17111
City, County, State, Zip Code

**Dauphin County Prison** - INMATE REQUEST FORM DCP - 77

From Edwin Vargus D.C.P. # 109215 Date 1-27-24 Block/Cell Q-5 4

To: (✓) WARDEN (✓) DEPUTY WARDEN ______ ( ) CHAPLAIN ( ) COUNSELOR ______

( ) COMMISSARY/ACCOUNTANT ( ) OTHER ______ ( ) RECORDS ( ) SHAKEDOWN

REQUEST I need a grievance because of unnecessary punishment [illegible] inhumane, unmerciful, unreasonable and excessive. y'all are [illegible] beyond with the every Saturday and Sunday lock down due to your staff not coming in to work We as in inmate should not be held accountable for their actions

REPLY Not grievable. The prison Board decides when to lock the prison down. It is done to ensure the safety of staff and inmates and is not used as a punishment. - CD 1/29/24

---

Q5-47

**Dauphin County Prison** - INMATE REQUEST FORM DCP - 77

From Edwin Vargus D.C.P. # 109215 Date 1-25-24 Block/Cell [illegible]

To: ( ) WARDEN ( ) DEPUTY WARDEN ______ (✓) CHAPLAIN ( ) COUNSELOR ______

( ) COMMISSARY/ACCOUNTANT ( ) OTHER ______ ( ) RECORDS ( ) SHAKEDOWN

REQUEST I would like [illegible] to [illegible] (Muslim)

REPLY The Hispanic / Latino service is made available to Christian - related religious groups. Since you are signed up for Muslim / Islamic programming you are not eligible to participate and your request is denied. - Chaplain Fields 1/26/24

**Dauphin**

**County Prison**

**Confiscation Slip**

| Name | DCP# | Cell | Date | Time |
|---|---|---|---|---|
| Vargas, Edwin | 109215 | P6-7 | 12-2-23 | 0801 |

| | | |
|---|---|---|
| ☐ Routine Search<br>☑ Housing Search<br>☐ Intake Search | Disciplinary Report Issued<br>☐ Yes<br>☐ No | Disposition of Item(s) |

| Items Confiscated | Items Confiscated |
|---|---|
| Walker (see medical restriction) | |
| Asst Cosmetics | |
| Pencil | |
| Thermal | |
| Underwear | |
| | |

Signature of Officer

## III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

In Dauphin County prison while in the RHU, On november 16th 2023, November, 21st, 2023 and December 2ND, 2023 to December, 17th, 2023

B. On what date did the events giving rise to your claim(s) occur?

November 16th 2023 to December 2ND, 2023

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

my constutitional rights were violated. All of my Legal
mail was Stolen from me by C.O Roderiguez because he
given the direct order from warden Pierre.

my access to the united states Postal Service was erfringed upon.
The warden gave a directive to Confiscate all writing material and paper/
envolopes. my access to the courts were erfringed upon. I was Subject to cruel
and unusual punisment. I was forced to live in complete darkness for 11 Stright
days. my food had spit do to a C.O putting it in my food.
I also had to eat my food in complete darkness for 11 days. my food had
hair and other unknown substances. Do to hunger I had to eat it. Also my
access to Religous Library was erfringed upon. No paper backs are allowed
in Dauphin County Prison So all Bibles and Quran's are accessed through the
G.T.L Tablet's system. All tablets were Confiscated through out the Prison
on November, 16th, 2023, and not returned until December 19th 2023. Also
the water was turned off in the cell So we couldn't drink water. All of the above
Complaints were direct orders given by the warden to Correctional officers.

## IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed. The 8th Amendment right, to be free from Cruel and unusual punishment was Violated, The 14th Amendment right, to due process of law was Violated, The 1st Amendment right, to the free exercise of religion

It's the same. But took two yrs to fight: Bushner V. Szoke, 2024 U.S. Dist. Lexis. 3001
Bushner V. Szoke, 2023 U.S. Dist. Lexis. 218889
Baltas V. Chapdelaine, 2020 U.S. Dist. Lexis. 179721

Good info with in these three casese

## V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above. my mental health has gotten bad to the point I can't be in a Cell because I think there gonna turn off the light and I'm afraid to eat. I'm afreid to Sleep.

## VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

I want the warden prosecuted to the furthest extent of the law. I want new policies emplemented to protect all inmates rights also Co's Rights. I also want money damages.

## VII. SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

Signature of Plaintiff

EtV ~~1-28-24~~
Date 2-5-24

NAME: Edwin F. Vargas
D.C.P. # 109215
DAUPHIN COUNTY PRISON
501 MALL ROAD
HARRISBURG, PA 17111-1299

RECEIVED
HARRISBURG, PA
MAR 2 1 2024
PER ______ DEPUTY CLERK

HARRISBURG PA&DC 171
MON 18 MAR 2024 PM

Slyvia H. Rambo Federal
Court House
1501 N. 6th St.
Harrisburg, PA, 17102