IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWIN F. VARGAS,<br>　　　Plaintiff | No. 3:24-CV-0492 |
| | (Judge Munley) |
| v. | |
| LIONEL PIERRE, *et al.*,<br>　　　Defendants | |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's Section 1983 First and Fourteenth Amendment claim alleging denial of access to courts is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. Plaintiff's Section 1983 First Amendment free expression claim is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

3. Plaintiff, if he so desires, may file a second amended complaint in conformity with the accompanying Memorandum within **14 days** of the date of this Order. If a second amended complaint is not timely filed, this case will proceed only as to Plaintiff's Section 1983 Fourteenth Amendment conditions-of-confinement claim against Corrections Officer Emmrich.

Date: 7/9/24

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court